Submitted September 14, appeal from the supplemental judgment imposing restitution dismissed for lack of jurisdiction; otherwise affirmed October 19, 2011

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

SAM ROBERT BENNETT,
*Defendant-Appellant.*

Jackson County Circuit Court
085207BFE; A141528

265 P3d 45

Peter Gartlan, Chief Defender, and Mary M. Reese, Senior Deputy Public Defender, Office of Public Defense Services, filed the briefs for appellant.

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Jeff J. Payne, Assistant Attorney General, filed the brief for respondent.

Before Brewer, Chief Judge, and Gillette, Senior Judge.

PER CURIAM

Appeal from the supplemental judgment imposing restitution dismissed for lack of jurisdiction; otherwise affirmed. *See State v. Mullins*, 245 Or App 505, 263 P3d 370 (2011) (making such a disposition under similar circumstances).